UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LINDA SOLOMON,<br>6614 Charles Green Square<br>Alexandria, VA 22315<br><br>   Plaintiff,<br><br>   v.<br><br>MIKE JOHANNS, in his official<br>capacity as<br>SECRETARY OF AGRICULTURE,<br>1400 Independence Ave., S.W.<br>Washington, D.C. 20250,<br><br>   Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  07-1590 (JDB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

  The Clerk of the Court will please enter the appearance of Alan Burch, Assistant U.S. Attorney, as counsel for the defendant in the above-captioned case.

              Respectfully submitted,

                /s/
              ALAN BURCH, D.C. Bar #470655
              Assistant U.S. Attorney
              555 Fourth St., N.W.
              Washington, D.C. 20530
              (202) 514-7204
              alan.burch@usdoj.gov