UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| LINDA SOLOMON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1590 (JDB) |
| ) | |
| MIKE JOHANNS, ) | |
| U.S. SECRETARY OF AGRICULTURE, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S FIRST MOTION TO ENLARGE TIME TO FILE ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

Defendant, Mike Johanns, Secretary, U.S. Department of Agriculture, through his undersigned counsel, respectfully files this motion, pursuant to Rule 6(b)(1), for an enlargement of one month to file an answer or otherwise respond to the complaint in this case, which involves employment discrimination.  The current deadline is December 28, 2007, and Defendant requests a new deadline of January 28, 2008.  Counsel for Plaintiff consents to this motion.

Defendant requests the enlargement for two reasons.  First, undersigned counsel will be out of the office for the holidays and, upon return, will have an appellate argument before the D.C. Circuit and then a four-day trial in District Court, ending January 17, 2008.  Second, agency counsel was only recently assigned to the case and has neither reviewed the administrative files nor yet had time to provide copies of the files to this Office.  (The USDA has had an unusual number of vacancies recently among its staff of attorneys.)

For these reasons, Defendant respectfully requests the extension.  It does not appear that Plaintiff will be prejudiced by it.

A proposed order is attached.

December 12, 2007                    Respectfully submitted,

                                     JEFFREY A. TAYLOR, D.C. Bar # 498610
                                     United States Attorney

                                      /s/
                                     ALAN BURCH, D.C. Bar # 470655
                                     Assistant United States Attorney
                                     555 4th St., N.W.
                                     Washington, D.C. 20530
                                     (202) 514-7204
                                     alan.burch@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA SOLOMON,  )   | |
|  ) | |
| Plaintiff,  ) | |
|  ) | |
| v.  ) | Civil Action No.  07-1590 (JDB) |
|  ) | |
| MIKE JOHANNS,  ) | |
| U.S. SECRETARY OF AGRICULTURE,  ) | |
|  ) | |
| Defendant.  ) | |
|  ) | |

**ORDER**

UPON CONSIDERATION of Defendant's First Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint, and the entire record herein, it is hereby

ORDERED that the motion is granted and it is further

ORDERED that Defendant shall file an answer or otherwise respond to the complaint on or before January 28, 2008.

So ordered, this _____ day of December, 2007.

_____
JOHN D. BATES
United States District Judge