UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA SOLOMON<br>6614 Charles Green Square<br>Alexandria, VA 22315<br><br>Plaintiff,<br><br>v.<br><br>MIKE JOHANS, in his official<br>capacity as<br>SECRETARY OF AGRICULTURE,<br>1400 Independence Ave., S.W.<br>Washington, D.C. 20250<br><br>Defendant. | C.A. No. 07-01590 JDB |

### AFFIDAVIT OF SERVICE

I, John F. Karl, Jr., being duly sworn depose and state:

1.  I personally served the Summons and Complaint on the United States Attorney for the District of Columbia on October 29, 2007, by hand delivering copies thereof to Lakesha Carroll, an agent authorized to accept service on behalf of the U.S. Attorney for the District of Columbia.

2.  I served the Summons and Complaint on the Attorney General of the United States by mailing copies thereof by certified mail, return receipt requested, on November 20, 2007 and received confirmation that these were received on November 26, 2007, as evidenced by the attached certified mail post card signed on behalf of the Attorney General.

3.  I served the Summons and Complaint on the Secretary of Agriculture of the United States by mailing copies thereof by certified mail, return receipt requested, on November 20, 2007 and received confirmation that these were received on November 26, 2007, as evidenced by the attached certified mail post card signed on behalf of the Secretary of Agriculture.

Subscribed and sworn to under penalty of perjury on this 2nd day of January, 2008.

_____
John F. Karl, Jr.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Linda Solomon

SUMMONS IN A CIVIL CASE

V.

Mike Johans in his official capacity as Secretary of Agriculture

Case: 1:07-cv-01590
Assigned To : Bates, John D.
Assign. Date : 9/7/2007
Description: Employ. Discrim.

TO: (Name and address of Defendant)

Jeffrey A. Taylor
U.S. Attorney
555 Fourth St, N.W.
Washington, D.C. 20001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John F. Karl, Jr
Karl + Tarone
900 17th St, NW
Suite 1250
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                SEP - 7 2007
CLERK                                  DATE

_____
(BY) DEPUTY CLERK

RECEIVED IN OFFICIAL CAPACITY ONLY
Summons & Complaint C.A. No. 07-1590
and/or Document(s) Linda Solomon
v. Mike Johans
BY: Lakisha Carroll
Title: Docket Clerk
Date: 10/29/07

# UNITED STATES DISTRICT COURT
## District of Columbia

Linda Solomon

SUMMONS IN A CIVIL CASE

v.

Mike Johans in his official capacity as Secretary of Agriculture....

Case: 1:07-cv-01590
Assigned To : Bates, John D.
Assign. Date : 9/7/2007
Description: Employ. Discrim.

TO: (Name and address of Defendant)

Mike Johans
1400 Independence Ave, SW
Washington, DC 20250

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John F. Karl, Jr
Karl + Tarone
900 17th St, NW
Suite 1250
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON         SEP - 7 2007
CLERK                            DATE

(By) DEPUTY CLERK



LAW OFFICES
**JOHN F. KARL, JR.**
SUITE 1250
900 SEVENTEENTH STREET, N.W.
WASHINGTON, D.C. 20006

CERTIFIED MAIL
7004 1160 0003 6408 8266

Mike Johanns
Secretary of Agriculture
Independence Ave
Washington, D.C.

20250

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.50 |

Postmark Here

Sent To: Mike Johans
Street, Apt. No.; or PO Box No. 1400 Independence Av SW
City, State, ZIP+4 Wash, DC 20250

7004 1160 0003 6408 8266

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Mike Johans
Secretory of Agriculture
1400 Independence
Av. S.W.
Washington, DC
20250

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Terri Dantzler    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Terri Dantzler    C. Date of Delivery: 11-26-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0003 6408 8266

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Linda Solomon

SUMMONS IN A CIVIL CASE

V.

Mike Johans in his official capacity as Secretary of Agriculture

Case: 1:07-cv-01590
Assigned To : Bates, John D.
Assign. Date : 9/7/2007
Description: Employ. Discrim.

TO: (Name and address of Defendant)

Paul D. Clement
Acting Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John F. Karl, Jr
Karl + Tarone
900 17th St, NW
Suite 1250
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          SEP - 7 2007
CLERK                                    DATE

(By) DEPUTY CLERK



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.50 |

Postmark Here

7004 1160 0003 6408 8273

Sent To: Paul D. Clements, Esq
Street, Apt. No.; or PO Box No.: 950 Penn Ave, NW
City, State, ZIP+4: Wash, DC

PS Form 3800, June 2002                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Paul D. Clements, Esq
Acting Attorney General
U.S. Dept of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
NOV 26 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service): 7004 1160 0003 6408 8273

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540