UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LINDA SOLOMON** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**CHUCK CONNOR, in his official** )<br>**capacity as SECRETARY OF** )<br>**AGRICULTURE,** )<br>)<br>Defendant. )<br>) | C.A. No. 07-01590 (JDB) |

## JOINT REPORT OF THE PARTIES

Pursuant to Local Rule 16.3, counsel for both parties in the above-captioned matter jointly submit this report. In this employment discrimination case, the plaintiff alleges that the Department of Agriculture failed to make reasonable accommodations for her based on her disability. The plaintiff brings claims under the Rehabilitation Act, the Age Discrimination in Employment Act, and Title VII of the Civil Rights Act of 1964. The Department of Agriculture denies any wrongdoing in this matter. In particular, the Department of Agriculture believes that it treated plaintiff reasonably and fairly.

1. <u>Status of Dispositive Motions</u>: There is no pending dispositive motion. Plaintiff respectfully suggests that this case is unlikely to be resolved by dispositive motion. Defendant believes that this case will be properly resolved by a motion for summary judgment, after the close of discovery.

2. <u>Amended Pleadings</u>: The parties do not currently anticipate that it will be necessary to join third parties or amend the pleadings. At the close of discovery, the parties will discuss

whether any of the factual or legal issues can be narrowed and inform the Court if any modifications are agreed upon.

    3. <u>Assignment to Magistrate Judge</u>:  The parties do not agree to the assignment of this case to a Magistrate Judge.

    4. <u>Settlement Possibility</u>:  The parties do not believe that there is a realistic possibility of settlement prior to the resolution of dispositive motions.

    5. <u>Alternative Dispute Resolution</u>: The parties do not believe that this case would benefit from ADR at the present time.

    6. <u>Dispositive Motions</u>: Defendant believes that this case will be properly resolved by a motion for summary judgment, after the close of discovery.  Plaintiff does not agree.  The parties propose that dispositive motions be filed no later than October 3, 2008; any responses thereto would be due no later than November 3, 2008; and any replies would be due no later than November 21, 2008.

    7. <u>Initial Disclosures</u>: The parties do not stipulate to dispense with initial disclosures, and propose that the disclosures be made no later than thirty days following the entry of a scheduling order in this action.

    8. <u>Discovery</u>: The Federal Rules of Civil Procedure and the Local Rules of this Court shall govern discovery in this action.  Each party shall be entitled to conduct up to ten depositions.  The parties believe that discovery can be completed by July 31, 2008.  Plaintiff expects that a Privacy Act-Protective Order will be required and will work with defendant to agree upon a Privacy Act-Protective Order.

    9. <u>Experts</u>: The parties agree that the requirements of Federal Rule of Civil Procedure

26(a)(2) should not be modified except as follows: disclosures of experts shall be made 60 days from the entry of a scheduling order.

    10. <u>Class Action Procedures</u>: Not applicable.

    11. <u>Bifurcation of Discovery or Trial</u>: The parties do not anticipate the need for bifurcation.

    12. <u>Proposed Date For The Pretrial Conference</u>: The parties agree that a pretrial conference should not be scheduled until the Court has decided all dispositive motions.

    13. <u>Trial Date</u>: The parties agree that, if necessary, a trial date should be set at the pretrial conference.

    14. The parties are not aware of any additional matters that require inclusion in the scheduling order.

                                                      Respectfully submitted,

| | |
|---|---|
| /s/ | |
| JOHN F. KARL, JR.. #292458 | JEFFREY A. TAYLOR , D.C. Bar # 498610 |
| 900 17th Street, NW | United States Attorney |
| Suite 1250 | |
| Washington, DC 20006 | RUDOLPH CONTRERAS, D.C. Bar # 434122 |
| 202.293.3200 | Assistant United States Attorney |
| 202.429.1851 (fax) | |
| Counsel for Plaintiff | /s/ |
| | HARRY B. ROBACK, D.C. Bar # 485145 |
| | Assistant United States Attorney |
| | United States Attorneys Office |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | Tel: 202-616-5319 |
| February 27, 2008 | harry.roback@usdoj.gov |