UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA SOLOMON, | ) |
|     Plaintiffs, | ) |
|     v. | ) Civil Action No. 07-1590 (JDB) |
| MIKE JOHANNS, | ) |
|     Defendant | ) |

## SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Harry B. Roback, Assistant United States Attorney, as counsel of record for the defendant in this action. The Clerk of the Court will please withdraw Alan Burch as counsel for the defendant in the above-captioned case.

Respectfully submitted,

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C.  20530
(202) 616-5309

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of February 2008, I caused the foregoing Substitution of Counsel to be served on counsel for plaintiffs by the Court's ECF system:

**John F. Karl, Jr.**
KARL & TARONE
900 Seventeenth Street, NW
Suite 1250
Washington, DC 20006

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C. 20530
(202) 616-5309