UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA SOLOMON,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>CHUCK CONNER,<br>U.S. SECRETARY OF AGRICULTURE,<br><br>　　　Defendant. | Civil Action No. 07-1590 (JDB) |

## INITIAL SCHEDULING ORDER

Pursuant to the conference with the Court on March 4, 2008, and the Joint Rule 16.3 Report, it is hereby **ORDERED** as follows:

1. All discovery shall be completed by July 31, 2008. The parties shall be bound by the limits on discovery set forth in the Federal Rules of Civil Procedure.

2. Required disclosures under Fed. R. Civ. P. 26(a)(1) shall be completed by April 4, 2008.

3. Disclosures of experts shall be made by not later than May 5, 2008. All other information shall be exchanged pursuant to the requirements of Federal Rule of Civil Procedure 26(a)(2).

4. Dispositive motions shall be filed by not later than October 3, 2008. Any oppositions shall be filed by not later than November 3, 2008, and any replies shall be filed by not later than November 21, 2008.

5.      A status conference shall be held on July 31, 2008, at 9:00 am in Courtroom Eight.

**SO ORDERED**.

                                                  /s/ John D. Bates
                                                  JOHN D. BATES
                                          United States District Judge

Date:    March 4, 2008