UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LINDA SOLOMON** )<br>)<br>  **Plaintiff,** )<br>)<br>  v. )<br>)<br>**MIKE JOHANS, in his official** )<br>**capacity as** )<br>**SECRETARY OF AGRICULTURE,** )<br>)<br>  **Defendant.** )<br>_____) | C.A. No. 07-01590 JDB |

**PLAINTIFF'S PARTIAL CON SENT MOTION FOR ENLARGEMENTS OF TIME**

I.

Plaintiff respectfully requests a one-week enlargement of time for responding to defendant's discovery requests that were served electronically on June 4, 2008.[1]

Plaintiff's counsel was out of town from July 3, through July 13, 2008 on a previously planned family vacation in Upstate New York. Upon his return, the undersigned counsel completed preparing a Reply Brief in *Velikonja v. Mukasey*, a case pending in the U. S. Court of Appeals for the District of Columbia Circuit, App. No. 07-5346. The Court of Appeals had previously granted appellant's Consent Motion for a five-week enlargement of time for filing that Brief, to and including July 16, 2008.

Plaintiff's counsel is currently preparing Appellant's Reply Brief in another case pending before the D.C. Circuit, *Hill v. Clark*, App. No. 07-5026, that is due to be filed on August 1, 2008.

---

[1] Plaintiff does not challenge the manner of service.

1

In addition, plaintiff's counsel has moved his office during the last two weeks and his productivity has been more severely impaired than expected.

Counsel has not yet received any draft answers or documents from plaintiff. As a result of this and presence of other deadlines in recent weeks, plaintiff's counsel has been unable to draft discovery responses since he received copies of defendant's discovery requests.

Accordingly, we request a one-week enlargement of time for responding to defendant's discovery requests. Counsel for defendant, AUSA Harry Roback, graciously consented to this portion of the Motion.

## II.

Plaintiff also seeks an enlargement of time for the parties to complete discovery to and including August 29, 2008. Plaintiff seeks to conduct the depositions of ten witnesses whose depositions were timed noticed for July 29 and July 30, 2008. Plaintiff's counsel should have realized from review of defendants' Initial Disclosures [but did not] that many of these witnesses were no longer employed by the agency. In addition, plaintiff would like an opportunity to conduct a Rule 30(b)(6) deposition of defendant agency.

Plaintiff's request will not prolong this litigation because defendant already has until August 21, 2008 to complete its discovery and consents to an additional eight days to complete its discovery.

Counsel for the defendant consents to this request only to the extent that he agrees that plaintiff's counsel should be allowed to conduct the depositions of the four witnesses who are still employed by the Department of Agriculture.

WHEREFORE, plaintiff respectfully requests the court grant her an enlargement of time for responding to defendant's discovery requests by one week. Plaintiff further requests the time for completing discovery be extended for all parties to and including August 29, 2008. A draft order is attached.

Respectfully submitted,

  /S/ John F. Karl, Jr.
John F. Karl, Jr.
McDonald & Karl
1090 Vermont Avenue, N.W.
Suite 500
Washington, D.C. 20005
(202) 293-3200
Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LINDA SOLOMON** )<br>)<br>   **Plaintiff,** )<br>)<br>      v. )<br>)<br>**MIKE JOHANS, in his official** )<br>**capacity as** )<br>**SECRETARY OF AGRICULTURE,** )<br>)<br>   **Defendant.** )<br>_____) | C.A. No. 07-01590 JDB |

**ORDER**

Upon consideration of Plaintiff's Partial Consent Motion for Enlargement of Time for Responding to Defendant's Discovery Requests and to Complete Discovery and Memorandum of Points and Authorities in Support Thereof, the partial Opposition thereto, and the entire record herein, it is this day of _____ July, 2008 hereby:

ORDERED that Plaintiff's Motion should be, and hereby is, granted; and it is further

ORDERED that plaintiff shall complete her discovery responses no later than August 4, 2008; and it is further

ORDERED that the time for the parties to complete discovery is extended to and including August 29, 2008.

_____
John D. Bates
U.S. District Judge

ECF

cc:    John F. Karl, Jr.
       McDonald & Karl
       1090 Vermont Avenue, N.W.
       Suite 500
       Washington, D.C. 20005
       Counsel for Plaintiff
       Tel: 202.293-3200

       HARRY B. ROBACK,
       Assistant United States Attorney
       United States Attorneys Office
       555 4th Street, N.W.
       Washington, D.C. 20530
       Tel: 202.616-5309