UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LINDA SOLOMON** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-01590 JDB |
| | ) | |
| **MIKE JOHANS, in his official capacity as SECRETARY OF AGRICULTURE,** | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S PRAECIPE**

The Clerk of the Court will note a change of address and firm for Plaintiff's Counsel, as set forth below.

Respectfully submitted,


_____/S/_____
John F. Karl, Jr.
McDonald & Karl
1090 Vermont Avenue, N.W.
Suite 500
Washington, D.C. 20005
(202) 293-3200
Counsel for Plaintiff