UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA SOLOMON )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>CHUCK CONNOR, in his official )<br>capacity as SECRETARY OF )<br>AGRICULTURE, )<br>)<br>  Defendant. )<br>) | Civil A. No. 07-01590 (JDB) |

**JOINT MOTION TO EXTEND DISCOVERY**

Pursuant to Federal Rule of Civil Procedure 26, the parties respectfully request that the Court extend the discovery period in this case until October 7, 2008. Good cause exists for the Court to grant this relief. In support of this motion, the parties state as follows:

1. This case involves employment discrimination claims by a former employee of the Department of Agriculture. The plaintiff alleges that the Department of Agriculture failed to make reasonable accommodations for her depression, and that it further discriminated against her based on her age and gender. The defendant denies all of these allegations.

2. The parties have been actively engaged in discovery, but they need additional time to complete this process.

3. Discovery is currently scheduled to close on August 29, 2008. The parties respectfully request that the Court extend the discovery period until October 7, 2008.

4. The parties further request that the Court make dispositive motions due on December 1, 2008; oppositions due on January 15, 2009; and replies, if any, due on February 15, 2009.

5.  The parties respectfully request that the post-discovery status hearing scheduled for September 3, 2008 be rescheduled for a date after October 7, 2008.  Counsel for defendant notes that he is out of the country from October 10-20, 2008.

A proposed order is attached.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
HARRY B. ROBACK, D.C. Bar # 485145
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C. 20530
Tel: 202-616-5309
harry.roback@usdoj.gov

*Counsel for Defendant*

_____/s/_____
John F. Karl, Jr.  292458 900
1090 Vermont N.W., Suite 500
Washington, D.C. 20005
(202) 293-3200

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA SOLOMON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil A. No. 07-01590 (JDB) |
| ) | |
| CHUCK CONNOR, in his official ) | |
| capacity as SECRETARY OF ) | |
| AGRICULTURE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PROPOSED ORDER**

Upon consideration of the parties' joint motion to extend discovery, it is hereby

ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that discovery closes on October 7, 2008.

IT IS FURTHER ORDERED that any dispositive motions be filed by December 1, 2008; any responses be filed by January 15, 2009; and any replies be filed by February 15, 2009.

IT IS FURTHER ORDERED that the post-discovery status conference set for September 3, 2008 shall be rescheduled for _____, 2008 at _____.

SO ORDERED.

Date: _____                    _____
                                         United States District Judge